1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs IRMA RAMIREZ
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOODMAXX 468; EXPRESSWAY PARTNERS, LLC, a limited liability company; and SAVE MART SUPERMARKETS,<br><br>Defendants. | CASE NO. CV-08-1189-BZ<br><br>**RETURN OF SERVICE RE DEFENDANTS** EXPRESSWAY PARTNERS, LLC, a limited liability company; and SAVE MART SUPERMARKETS |

RETURN OF SERVICE RE DEFENDANTS EXPRESSWAY PARTNERS, LLC, a limited liability company; and SAVE MART SUPERMARKETS

1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>FOODMAXX 468 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: FOODMAXX 468, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1189 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: EXPRESSWAY PARTNERS, LLC, a limited liability company
   b. Person served: PETER W DOERKEN, AGENT FOR SERVICE

4. Address where the party was served: 1448 15TH STREET
   SUITE 100
   SANTA MONICA, CA 90404

5. I served the party
   b by substituted service. On: Fri., Mar. 28, 2008 at: 12.59PM by leaving the copies with or in the presence of:
   WENDY RENNERT, ADMINISTRATION PERSONEL
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: EXPRESSWAY PARTNERS, LLC
   Other: a limited liability company

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICARDO PAZ
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 3267
       (iii) County: Los Angeles

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Fri, Mar. 28, 2008

Judicial Council Form POS-010          PROOF OF SERVICE                (RICARDO PAZ)
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT            6408651 thofr-fg.123018

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | Ref No or File No..:<br>FOODMAXX 468 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: IRMA RAMIREZ, et al. | | | | |
| Defendant: FOODMAXX 468, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date | Time: | Dept/Div | Case Number:<br>CV 08 1189 BZ |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court, Drop Box Filing Procedures; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disibilites Act Title Iii; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:       Fri., Mar. 28, 2008
   b. Place of Mailing:      SAN FRANCISCO, CA 94103
   c. Addressed as follows:  EXPRESSWAY PARTNERS, LLC, a limited liability company
                             1448 15TH STREET
                             SUITE 100
                             SANTA MONICA, CA 90404

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Mar. 28, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No   2008-0001044
      (iii) County:           San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 28, 2008

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007

   **PROOF OF SERVICE**
   **By Mail**

   (AARON DANIEL)
   6408651.thofr-fg.123018

| | |
|---|---|
| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
| Attorney for: Plaintiff | Ref No. or File No.:<br>FOODMAXX 468 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: FOODMAXX 468, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 1189 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Contents Of Joint Case Management Statement; Ecf Registration Information Handout

3. a. Party served: SAVEMART SUPERMARKETS
   b. Person served: MICHAEL SILVEIRA, AGENT FOR SERVICE

4. Address where the party was served: 180 STANDIFORD AVENUE
   MODESTO, CA 95350

5. I served the party:
   b. by substituted service. On: Tue., Mar. 25, 2008 at: 1:44PM by leaving the copies with or in the presence of:
   AUDREY SHIELDS, PERSON IN CHARGE
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SAVEMART SUPERMARKETS
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM DANIEL
   
   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d. The Fee for Service was:
   e. I am (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: PS-304
      (iii) County: San Joaquin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 27, 2008

   Judicial Council Form POS-010
   Rule 982.9(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS & COMPLAINT

   (JIM DANIEL)
   6408653.thoft-fg.122139

| Attorney or Party without Attorney: <br> THOMAS E. FRANKOVICH, Bar #74414 <br> THE FRANKOVICH GROUP <br> 2806 VAN NESS AVE. <br> SAN FRANCISCO, CA 94109 <br> Telephone No: 415-674-8600   FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: FOODMAXX 468 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: FOODMAXX 468, et al.

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 1189 BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disibilites Act Title Iii; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:      Tue., Mar. 25, 2008
   b. Place of Mailing:     SAN FRANCISCO, CA 94103
   c. Addressed as follows: SAVEMART SUPERMARKETS
                            180 STANDIFORD AVENUE
                            MODESTO, CA 95350

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U S Postal Service on Tue., Mar. 25, 2008 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.: 2008-0001044
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Mar. 27, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)
6408653.thofr-fg.122139