Mark G. Intrieri (SBN 116627)
Jessica A. Fakhimi (SBN 184115)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-6468
Telephone: (510) 864-3600
Facsimile: (510) 864-3601
E-mail: jfakhimi@chapmanandintrieri.com

Attorneys for Defendants
SAVE MART SUPERMARKETS, a California Corporation,
dba FOODMAXX and EXPRESSWAY PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, and individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FOODMAXX 468, EXPRESSWAY PARTNERS, LLC, a limited liability company and SAVE MART SUPERMARKETS,<br><br>Defendants.<br>_____ / | Case No. 08-1189-BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: May 8, 2008                    CHAPMAN & INTRIERI, L.L.P.


By: _____
    Mark G. Intrieri
    Jessica A. Fakhimi
    Attorneys for Defendants

P:\DATA\Open Cases\15009\Pleadings\Req.Reassignment.wpd