UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma Ramirez, et al., | No. C08-1189 BZ |
| Plaintiff(s). | |
| v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| Foodmaxx 468, et al., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: May 12, 2008

Richard W. Wieking, Clerk
United States District Court

*Lashanda Scott*
_____
By: Lashanda Scott - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irma Ramirez, et al., | No. C08-1189 BZ |
| Plaintiff(s). | |
| v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| Foodmaxx 468, et al., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

(2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Dated: May 12, 2008

Richard W. Wieking, Clerk
United States District Court

*Lashanda Scott*
By: Lashanda Scott - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT